UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BUREAU FASHION WEEK LLC, a South Carolina limited liability company; THE SOCIETY FASHION WEEK LLC, a South Carolina limited liability company,<br><br>Plaintiffs/Cross-Defendants,<br><br>v.<br><br>NATALIYA NOVA LLC, a Nevada limited liability company;<br><br>Defendant/Counter-Claimant. | Case No. 2:24-cv-00233-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Defendant/Counter-Claimant Nataliya Nova LLC's Motion to Compel Production of Documents and Request for Sanctions.[1] ECF No. 38. The Motion was filed on October 10, 2024. As of the date of this Order Plaintiffs-Cross Defendants have not filed a response. Under United States District Court for the District of Nevada Local Rule 7-2(d), the Court may treat the failure of the non-moving party to oppose a motion as indication that such party consents to granting the motion.

Nataliya Nova seeks an order compelling The Bureau Fashion Week LLC and The Society Fashion Week LLC (hereinafter "Fashion Week") "to provide a comprehensive, full set of responsive documents to" the First Set of Requests for Production of Documents, Requests Nos. 18, 30, 31, 37, 50, 51, 52, 53, 58, 59, 62, 63, 66, 67, 68, 69, 75, 76, 85, and 86. ECF No. 38 at 6, 8-17. With respect to sanctions, the request is mislabeled. What Nataliya Nova seeks is an award of attorneys' fees and costs mandated by Federal Rule of Civil Procedure 37(a)(5)(A).

No opposition to the Motion having been received, and under LR 7-2(d), IT IS HEREBY ORDERED that Defendant/Counter-Claimant Nataliya Nova LLC's Motion to Compel Production of Documents and Request for Sanctions (ECF No. 38) is GRANTED.

---

[1] Defendant/Counter-Claimant Nataliya Nova LLC is referred to herein as "Nataliya Nova."

IT IS FURTHER ORDERED that Fashion Week must supplement its responses to Requests for Production Nos 18, 30, 31, 37, 50, 51, 52, 53, 58, 59, 62, 63, 66, 67, 68, 69, 75, 76, 85, and 86 no later than **November 20, 2024**.

IT IS FURTHER ORDERED that Nataliya Nova is awarded its reasonable attorneys' fees and costs for bringing the Motion to Compel. Nataliya Nova must file a memorandum in support of fees and costs establishing the reasonable hourly rates of all counsel for whom fees are sought, the time spent by each such counsel, and the reasonableness of that time. The memorandum is due **November 4, 2024**. The response by Fashion Week is due **November 14, 2024**. No reply is permitted.

Dated this 25th day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2