**LEX TECNICA, LTD.**
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BUREAU FASHION WEEK LLC, a South Carolina limited liability company; THE SOCIETY FASHION WEEK LLC, a South Carolina limited liability company,<br><br>Plaintiffs/ Counter-Defendants,<br><br>v.<br><br>NATALIYA NOVA LLC, a Nevada limited liability company,<br><br>Defendant/ Counter-Claimant. | Case No.:  2:24-cv-00233-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME OF PRETRIAL ORDER DEADLINE**<br><br>**(Second Request)** |

  Plaintiffs and Counter-Defendants, THE BUREAU FASHION WEEK LLC and THE SOCIETY FASHION WEEK LLC and Defendant/Counter-Claimant NATALIYA NOVA LLC, by and through their respective counsel of record, do hereby stipulate for an extension of time of pretrial order deadline from March 25, 2025, to May 9, 2025.  This is the second such request to extend.

  The parties aver that good cause exists for the requested extension of time. Plaintiff's recently retained F. Christopher Austin as trial counsel in this matter. To adequately consult with counsel and secure the benefit of counsel's review of the evidence and witnesses in this matter preparatory to the preparation of a joint pretrial order, Plaintiff requests a 45-day extension of the deadline to file such pretrial order.

  Defendant in this matter has graciously consented to this requested extension. The parties further represent that this request is made in good faith and without any purpose to delay or harass and that neither party will be prejudiced by the short extension hereby requested.  Accordingly, the

parties respectfully request a forty-five (45) day extension of time to prepare and submit the joint pretrial order in this matter from the current deadline of March 25, 2025, to May 9, 2025. No other discovery-related extensions are sought by the parties.

The parties therefore stipulate to extend the deadline for the joint pretrial order.

DATED this 24th day of March 2025.                    DATED this 24th day of March 2025.

**LEX TECNICA, LTD.**                                         **NIKHMAN LAW FIRM PLLC**

/s/ *F. Christopher Austin*                                    */s/ Roman Nikhman*
F. CHRISTOPHER AUSTIN, ESQ.                       ROMAN NIKHMAN, ESQ.
Nevada Bar No. 6559                                           Nevada Bar No. 15444
Lextecnica, Ltd.,                                                   Nikhman Law Firm PLLC
10161 Park Run Drive, Suite 150                         3960 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89145                                   Las Vegas, Nevada 89169
*Attorneys for Plaintiff/Counter-Defendant*        *Attorney for Defendant/Counter-Claimant Nataliya Nova LLC*

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

DATED: March 25, 2025