**LEX TECNICA, LTD.**
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BUREAU FASHION WEEK LLC, a South Carolina limited liability company; THE SOCIETY FASHION WEEK LLC, a South Carolina limited liability company,<br><br>        Plaintiffs/ Counter-Defendants,<br><br>    v.<br><br>NATALIYA NOVA LLC, a Nevada limited liability company,<br><br>        Defendant/ Counter-Claimant. | Case No.:  2:24-cv-00233-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of records, that the above-captioned matter be dismissed with prejudice, each party to bear their party's own costs and attorney's fees. **IT IS SO AGREED AND STIPULATED:**

DATED this 30th day of June, 2025.

**LEX TECNICA LTD**

/s/  *F. Christopher Austin*
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**
Dated:  __July 2, 2025__

DATED this 30th day of June, 2025.

**Nikhman Law Firm PLLC**

/s/  *Roman Nikhman*
Roman Nikhman, Esq.
Nevada Bar No. 15444
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
*Attorney for Defendant/Counter-Claimant
Nataliya Nova LLC*

_____
U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEX TECNICA
LTD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5555

**Angeli Gozon**

---

| | |
|---|---|
| **From:** | Roman Nikhman <esq@nikhman.com> |
| **Sent:** | Friday, June 27, 2025 1:27 PM |
| **To:** | Chris  Austin |
| **Cc:** | Angeli Gozon |
| **Subject:** | RE: Activity in Case 2:24-cv-00233-GMN-EJY The Bureau Fashion Week LLC et al v. Nataliya Nova LLC Order Setting Settlement Conference |

Chris,

You may affix my electronic signature.

Regards,



**Roman Nikhman, Esq.**
**NIKHMAN LAW FIRM PLLC**
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
Email: esq@nikhman.com
Tel: (702) 550-9068

---

**From:** Chris Austin <Chris@lextecnica.com>
**Sent:** Friday, June 27, 2025 1:01 PM
**To:** Roman Nikhman <esq@nikhman.com>
**Cc:** Angeli Gozon <angeli@lextecnica.com>
**Subject:** Re: Activity in Case 2:24-cv-00233-GMN-EJY The Bureau Fashion Week LLC et al v. Nataliya Nova LLC Order Setting Settlement Conference

Roman:

How's this.

Chris


**F. Christopher Austin** | Partner
Lex Tecnica, Ltd.
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145
702.610.9094
chris@lextecnica.com | www.lextecnica.com